IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JOSE SANCHEZ | § | |
| VS. | § | CIVIL ACTION NO. 5:09cv70 |
| FEDERAL BUREAU OF PRISONS | § | |

<u>MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Petitioner Jose Sanchez, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the petition be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the Court concludes petitioner's objections should be overruled. Petitioner complains that he was denied the opportunity to earn 282 days good conduct time as a result of the sanctions imposed which included petitioner's confinement in segregation and a requirement for 180 days clear conduct. Under *Sandin v. Conner,* however, an inmate's placement

in disciplinary segregation, without more, does not "present the type of atypical, significant deprivation in which a State might conceivably create a liberty interest." 515 U.S. 472, 486, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995). Further, "speculative, collateral consequences of prison administrative decisions do not create constitutionally protected liberty interests." *Luken v. Scott,* 71 F.3d 192, 193 (5th Cir. 1995) (finding no liberty interest in opportunity to earn good time credits). Thus, this petition should be dismissed.

## O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**It is SO ORDERED.**

**SIGNED this 14th day of May, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE